**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 788 MAL 2014
                                          :
                Respondent      :
                                            : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court
           v.                          :
                                            :
                                            :
GEORGE DALIE,                      :
                                            :
                Petitioner         :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is

**DENIED**.